USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MANUEL HERNANDEZ ANDRADE,

Plaintiff,

-against-

CRST LINCOLN SALES INC.,

Defendant.

26 Civ. 3335 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On July 22, 2026, the Court issued an order to show cause for failure to prosecute due to Plaintiff's failure to appear and failure to comply with the Court's April 24, 2026, order. *See* ECF No. 6. On July 28, 2026, Plaintiff's counsel filed a notice of appearance, ECF No. 7, and submitted a letter explaining that Plaintiff's failure to appear and comply with the Court's April 24, 2026, order was due to "employee-turnover confusion." ECF No. 8 at 2.

The Court declines to dismiss the action under Federal Rule of Civil Procedure 41(b) at this time. The Court also notes that Plaintiff has not contested removal, and considers any non-jurisdictional objections, therefore, waived. *See Hamilton v. Aetna Life & Cas. Co.*, 5 F.3d 642, 643 (2d Cir. 1993) (explaining that under 28 U.S.C. § 1447(c) "all motions for remand—except those based on lack of subject matter jurisdiction—must be made within 30 days after removal or they are waived.").

A scheduling order shall be issued in due course.

SO ORDERED.

Dated: July 29, 2026
New York, New York

ANALISA TORRES
United States District Judge